```
FILED
JAN -8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE EPIFANIO GARCIA,<br><br>  Defendant. | Criminal Case No. 07CR3229JAH<br><br>**I N F O R M A T I O N**<br>**(Superseding)**<br><br>Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States<br>(Felony) |

The United States Attorney charges:

On or about October 30, 2007, within the Southern District of California, defendant JOSE EPIFANIO GARCIA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

//

CJB:kmm:San Diego
12/18/2007

1 | It is further alleged that defendant JOSE EPIFANIO GARCIA was
2 | removed from the United States subsequent to July 5, 1991.
3 | DATED: January 9, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ Charlotte E. Kaiser*
CARLA J. BRESSLER
Assistant U.S. Attorney